UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
ANAKEEB, ABDULRAQIB                          Case No. 09-67992 PJS
                                             Chapter 7
                                             HON. Phillip J. Shefferly

_____Debtor_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the party entitled to these unclaimed dividend is as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| LaSalle Bank<br>135 S. LaSalle Street<br>Chicago, IL 60603 | 7 | $104.40 |
|  | **TOTAL** | **$104.40** |

Dated: June 20, 2011                 /s/ David W. Allard_____
                                     Chapter 7 Trustee
                                     2600 BUHL BUILDING
                                     535 GRISWOLD
                                     DETROIT, MI 48226
                                     (313) 961-6141
                                     Email: trusteeallard@allardfishpc.com
                                     P23288